**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00341-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    OLMAN RAMIREZ-RAMIREZ,
    *a.k.a. Olman Ramirez-Aguilar,*
    *a.k.a. Olman R. Aguilar,*

    Defendant.
_____

### ORDER SETTING CHANGE OF PLEA AND SENTENCING HEARING
_____

Pursuant to the Notice of Disposition (ECF No. 13) and Unopposed Motion for Immediate Sentencing (ECF No. 14) filed on October 11, 2013, a Change of Plea and Sentencing Hearing are set for **December 5, 2013, at 3:00 p.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.

The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **October 15, 2013**, at **2:00 p.m.** and the **three-day** jury trial scheduled for **October 28, 2013, at 9:00 a.m.** are VACATED.

Dated this 17th day of October, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge